FILED
2026 Sep-03 PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**THE SOUTHEASTERN CONFERENCE**, an Alabama unincorporated association,

Plaintiff,

v.

**LOUISIANA STATE UNIVERSITY**; **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE**; **WADE ROUSSE**, in his official capacity as President of Louisiana State University; **VERGE AUSBERRY**, in his official capacity as Vice President and Director of Athletics of Louisiana State University; and **LANE KIFFIN**, in his official capacity as Head Football Coach of Louisiana State University,

Defendants.

**Case No.: 2:26-cv-01586-ACA**

**RULE 7.1 DISCLOSURE OF PLAINTIFF**
**THE SOUTHEASTERN CONFERENCE**

Plaintiff the Southeastern Conference ("SEC" or the "Conference") submits the following disclosure pursuant to Federal Rule of Civil Procedure 7.1.

1. Plaintiff the Southeastern Conference is an unincorporated nonprofit association organized under the law of the State of Alabama and headquartered at 2201 Richard Arrington Jr. Boulevard North, Birmingham, Alabama 35209.

2. The SEC has sixteen member institutions, fifteen of which are state universities: the University of Alabama, Auburn University, the University of Arkansas, the University of Florida, the University of Georgia, the University of Kentucky, Louisiana State University, the University of Mississippi, Mississippi State University, the University of Missouri, the University of Oklahoma, the University of South Carolina, the University of Tennessee, Texas A&M University, the University of Texas, and Vanderbilt University (the only private institution).

3. The Southeastern Conference has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 3, 2026.

Respectfully submitted,

*/s/ R. Thomas Warburton*

R. Thomas Warburton
T. Brooks Proctor
BRADLEY ARANT
BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: 205.521.8000
Fax: 205.521.8800
twarburton@bradley.com
bproctor@bradley.com

*Attorneys for Plaintiff the Southeastern Conference*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I electronically filed the foregoing using the Electronic Case Filing System, which will send notification of such filing to all counsel of record.

*/s/ R. Thomas Warburton*
OF COUNSEL