FILED
2026 Sep-03 PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **VERGE AUSBERRY, in his official capacity as Vice President and Director of Athletics of LSU**
**LSU Athletics Administration Building**
**Nicholson Dr. at N. Stadium Dr**
**Baton Rouge, LA 70803**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/3/2026

GREER M. LYNCH, CLERK OF COURT

By: K. Bozeman

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **LANE KIFFIN, in his official capacity as Head Football Coach of LSU**
**LSU Football Operations Center**
**Skip Bertman Drive**
**Baton Rouge, LA 70820**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/3/2026

GREER M. LYNCH, CLERK OF COURT

By: K. Bowie

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**c/o Lee Mallett, Board Chair / Member-at-Large**
**511 E. Frontage Road**
**Iowa, LA 70647**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/3/2026

GREER M. LYNCH, CLERK OF COURT

By: K. Bonis

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**c/o Wade Rousse, Secretary of the Board of Supervisors**
**University Administration Building / Room 107**
**3810 W. Lakeshore Dr.**
**Baton Rouge, LA 70808**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/3/2026

GREER M. LYNCH, CLERK OF COURT

By: K. Borne

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **Louisiana State University**
**c/o Wade Rousse, President of Louisiana State University and**
**Secretary of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**
**University Administration Building, Room 107**
**3810 W. Lakeshore Dr.**
**Baton Rouge, LA 70808**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/3/2026

GREER M. LYNCH, CLERK OF COURT

By: K. Bozio

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **WADE ROUSSE, in his official capacity as President of Louisiana State University**
**3810 W Lakeshore Drive / Suite 107**
**Baton Rouge, LA 70808**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/3/2026

GREER M. LYNCH, CLERK OF COURT

By: K. Bomi

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203