FILED
2026 Sep-08 AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

# MEMORANDUM

August 26, 2026

TO: SEC Presidents & Chancellors

FR: Greg Sankey, Commissioner

Re: Application of Existing SEC Bylaws to Athletes who Have Professionalized

On August 24, 2026, SEC Presidents & Chancellors affirmed that individuals who choose to leave college athletics, sign professional playing contracts, and compete professionally should not subsequently be permitted to return to college competition. Allowing such individuals to return to college competition will blur the line between college and professional sports, create significant competitive equity concerns, and reduce opportunities for high school and current college athletes.

Permitting professional athletes to return to college sports would also be contrary to the Conference's mission and purpose which is to sponsor intercollegiate athletics with competition by student-athletes who are not professionals. Each member institution has an affirmative obligation under the Conference Constitution and Bylaws to comply with Conference rules, establish and maintain effective institutional control, conduct its athletics program in harmony with the essential educational purposes of the Conference's member institutions, and foster strong but fair competition among the teams of the Conference's member institutions in a broad spectrum of sports and championships for the benefits of student-athletes.

Institutions and coaching staff members who promote, pursue, or engage in the recruitment or rostering of former professional athletes on a college team engage in conduct that is detrimental to the Southeastern Conference and contrary to the Conference's core purpose and mission.

In recognition of that fact, an institution that includes an athlete on its roster who has taken steps to become a professional athlete in a manner inconsistent with existing SEC Bylaws (see, SEC Bylaw 14.01.1), shall be subject to penalties as determined by the Commissioner as

established under SEC Bylaw 4.4.3.

Consistent with existing Conference eligibility standards, an individual is considered to have become a professional, and thereby may not be included on a member institution's roster, if the individual:

1. Previously declared for the NFL, NBA, or WNBA Draft and did not appropriately withdraw;
2. Signed a contract with an NFL (or other professional football league), NBA/G-League, or WNBA (or affiliate) team; or,
3. Has been listed on an NFL (or other professional football league), NBA/G-League, or WNBA (or affiliate) roster.

The Commissioner, consistent with his role and obligation to interpret the SEC Bylaws, will provide guidance concerning professionalization standards as applied to other sports and leagues in the near future. In the meantime, member institutions are expected to promptly notify the Conference office of any specific circumstances in which the institution seeks to recruit or roster an individual whose status as a professional athlete may be in question.

Consistent with SEC Bylaw 4.4.3(a), the Commissioner is authorized to impose appropriate penalties on a member institution that violates SEC Bylaws or other rules and regulations. Accordingly, if a member institution violates SEC rules by adding an individual who has become professional to its designated roster, the Commissioner shall impose the following penalties:

- The head coach in the sport in which the violation occurred shall be suspended from all coaching, recruiting, and administrative duties for 50% of the respective sport's playing season (e.g. six games/weeks of a 12-game season in football);
- A fine of equal to 50% of the respective sport's annual budget;
- Removal of voting privileges on items of Conference business for the member institution; and,
- Any other penalty as deemed appropriate under the circumstances by the Commissioner or the SEC Presidents & Chancellors.

Please feel free to reach out directly to Conference staff or me with questions.

GS/mb