FILED
2026 Sep-08 AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

**FOLLOWING MEETINGS WITH THE PRESIDENTS, CHANCELLORS, AND ATHLETICS DIRECTORS OF THE SOUTHEASTERN CONFERENCE, THE SEC WILL ENFORCE THE FOLLOWING POLICY:**

AN SEC INSTITUTION IS NOT PERMITTED TO HAVE AN ATHLETE ON ITS ROSTER WHO HAS:

1. PREVIOUSLY DECLARED FOR THE NFL, NBA, OR WNBA DRAFT, AND DID NOT APPROPRIATELY WITHDRAW,

2. SIGNED A CONTRACT WITH AN NFL (OR OTHER PROFESSIONAL FOOTBALL LEAGUE), NBA/G-LEAGUE, OR WNBA (OR AFFILIATE) TEAM, OR

3. BEEN LISTED ON AN NFL (OR OTHER PROFESSIONAL FOOTBALL LEAGUE), NBA/G-LEAGUE, OR WNBA (OR AFFILIATE) ROSTER.

THE COMMISSIONER IS AUTHORIZED TO ENFORCE THIS EXPECTATION WITH PENALTIES AGAINST MEMBER INSTITUTIONS.