FILED
2026 Sep-08 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br>**Plaintiff,**<br>**v.**<br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **WADE ROUSSE, in his official capacity as President of Louisiana State University**
**102 Sandpiper Lane**
**Lake Charles, LA 70607**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**

**Plaintiff,**

**v.**

**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**

**Defendants.**

**Summons**
**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**

**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA**

## Summons in a Civil Action

To: **VERGE AUSBERRY, in his official capacity as Vice President and Director of Athletics of Louisiana State University**
**LSU Athletics Administration Building**
**Nicholson Drive at N. Stadium Drive**
**Baton Rouge, LA 70803**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT
By: [signature]
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | ) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **LANE KIFFIN, in his official capacity as Head Football Coach of Louisiana State University**
**2214 Sassy Lane**
**Baton Rouge, LA 70808**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **LEE MALLETT, in his official capacity as Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**
**6563 Morgan Shore's Road**
**Lake Arthur, LA 70549**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **JOHN H. CARMOUCHE, in his official capacity as Vice Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**
**300 Highland Crossing Street**
**Baton Rouge, LA 70810**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **RODERICK ALVENDIA, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**1373601 River Road**
**New Orleans, LA 70131**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **JOHN BALLARD, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**333 E Boyd Drive**
**Apartment 12**
**Baton Rouge, LA 70808**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **BEN BAROUSSE, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**6 Wax Myrtle Lane**
**Covington, LA 70433**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: K Cwade

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **REBECCA F. BONIOL, in her official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**3215 Cyprien Lane**
**Lot B**
**Lake Charles, LA 70605**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**

**Plaintiff,**

**v.**

**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**

**Defendants.**

**Summons**
**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**

**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA**

## Summons in a Civil Action

To: **JOHN R. CONDOS, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**4222 Locke Lane**
**Lake Charles, LA 70605**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **VALENCIA SARPY JONES, in her official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**2498 Highway 119**
**Melrose, LA 71452**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**

**Plaintiff,**

**v.**

**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**

**Defendants.**

**Summons**
**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**

**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA**

## Summons in a Civil Action

To: **CHARLES A. MOODY, III, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**14548 Market North Drive**
**Baton Rouge, LA 70810**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** <br><br> **Plaintiff,** <br> **v.** <br><br> **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** <br> **Defendants.** | **Summons** <br> **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** <br><br> **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **ESPERANZA E. MORAN, in her official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**1059 N Pointe Circle**
**Shreveport, LA 71106**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **RAYMOND R. MORRIS, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**185 Joe White Road**
**Monroe, LA 71203**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **JENNIFER B. SETTOON, in her official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**4449 LA Highway 70**
**Pierre Part, LA 70339**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **REMY VOISIN STARNS, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**3916 Pharr Street**
**Metairie, LA 70002**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT
By: [signature]
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** <br> **Plaintiff,** <br> v. <br> **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** <br> **Defendants.** | **Summons** <br> **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** <br> **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **COLLIS B. TEMPLE, JR., , in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**11655 Highland Road**
**Baton Rouge, LA 70810**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

SEE REVERSE SIDE FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN** | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **JAMES M. WILLIAMS, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**One Canal Place**
**365 Canal Street / Suite 1100**
**New Orleans, LA 70130**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **JOSEPH BLAISE ZUSCHLAG, in his official capacity as Member of the Board of Supervisors Louisiana State University and Agricultural and Mechanical College**
**206 Vineyard Row**
**Lafayette, LA 70508**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE, an Alabama unincorporated association,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; WADE ROUSSE, VERGE AUSBERRY and LANE KIFFIN**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER: 2:26-cv-01586-ACA** |

## Summons in a Civil Action

To: **ELIZABETH B. MURRILL, in her official capacity as Attorney General of the State of Louisiana**
**Office of the Attorney General**
**1885 North Third Street**
**Baton Rouge, LA 70802**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 9/8/2026

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203