FILED
2026 Sep-09 AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION
Civil Action No.: 2:26-cv-01586-ACA**

**SOUTHEREASTERN CONFERENCE, an Alabama unincorporated association,**

**Plaintiff,**

**v.**

**WADE ROUSSE,** in his official capacity as President of Louisiana State University**; VERGE AUSBERRY,** in his official capacity as Vice President and Director of Athletics of Louisiana State University**; LANE KIFFIN,** in his official capacity as Head Football Coach of Louisiana State University**; LEE MALLETT,** in his official capacity as Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**; JOHN H. CARMOUCHE,** in his official capacity as Vice Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**; RODERICK ALVENDIA, JOHN BALLARD, BEN BAROUSSE, REBECCA F. BONIOL, JOHN R. CONDOS, VANENCIA SARPY JONES, CHARLES A. MOODY III, ESPERANZA E. MORAN, RAYMONT R. MORRIS, JENNIFER B. SETTOON, REMY VOISIN STARNS, COLLIS B. TEMPLE JR., JAMES M. WILLIAMS and JOSEPH BLAISE,** in their official capacities as Members of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**;** and **ELIZABETH**

**NOTICE OF APPEARANCE OF ROBERT W. FULLER**

**B. MURRILL,** in her official capacity as Attorney General of the State of Louisiana,

**Defendants.**

Robert W. Fuller, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear, in addition to Amanda P. Nitto, Erik R. Zimmerman and Travis S. Hinman, as counsel in this action on behalf of Plaintiff Southeastern Conference. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Fuller, Ms. Nitto, Mr. Zimmerman and Ms. Hinman through the CM/ECF electronic filing system or at the addresses listed below.

[Signature on Following Page]

This 9th day of September, 2026.

/s/ Robert W. Fuller

Robert W. Fuller
N.C. Bar No. 10887
rfuller@rbh.com

Amanda P. Nitto
N.C. Bar No. 45158
anitto@rbh.com

Erik R. Zimmerman
N.C. Bar No. 50247
ezimmerman@rbh.com

Travis S. Hinman
N.C. Bar No. 50779
thinman@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: 704.377.2536
Facsimile: 704.378.4000

***Attorneys for Plaintiff Southeastern Conference***

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the filing via FedEx on the following Defendants:

**Wade Rousse**, in his official capacity as President of Louisiana State University

**Verge Ausberry**, in his official capacity as Vice President and Director of Athletics of Louisiana State University

**Lane Kiffin**, in his official capacity as Head Football Coach of Louisiana State University

**Lee Mallett**, in his official capacity as Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**John H. Carmouche**, in his official capacity as Vice Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Roderick Alvendia**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**John Ballard**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Ben Barousse**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Rebecca F. Boniol**, in her official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**John R. Condos**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Valencia Sarpy Jones**, in her official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Charles A. Moody III**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Esperanza E. Moran**, in her official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Raymond R. Morris**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Jennifer B. Settoon**, in her official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Remy Voisin Starns**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Collis B. Temple Jr**., in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**James M. Williams**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Joseph Blaise Zuschlag**, in his official capacity as Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Elizabeth B. Murrill**, in her official capacity as Attorney General of the State of Louisiana

This 9th day of September, 2026.

/s/ Robert W. Fuller
Robert W. Fuller