FILED
2026 Sep-09 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

SOUTHEASTERN CONFERENCE,

PLAINTIFF,

v.

WADE ROUSSE, in his official capacity as President of Louisiana State University, et al.,

DEFENDANTS.

Civil Action No. 2:26-cv-01586-ACA

## NOTICE OF APPEARANCE

COMES NOW attorney Bruce F. Rogers and the firm of Bainbridge, Mims, Rogers & Smith, LLP and, without waiver of formal service of process and all jurisdictional defenses (both personal and subject matter), does hereby respectfully give notice to appear as counsel for the defendants in the above-styled action, and respectfully requests that all notices be provided to the undersigned in this matter.

Done this the 9th day of September 2026.

*/s/ Bruce F. Rogers*
BRUCE F. ROGERS (ASB-2675-E66B)

BAINBRIDGE, MIMS, ROGERS & SMITH LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: 205.879.1100
Email: brogers@bainbridgemims.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Birmingham, Alabama, this 9th day of September, 2026.

*/s/ Bruce F. Rogers*
Of Counsel