FILED
2026 Sep-25 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SOUTHEASTERN CONFERENCE,<br><br>PLAINTIFF,<br><br>v.<br><br>WADE ROUSSE, in his official capacity as President of Louisiana State University, et al.,<br><br>DEFENDANTS. | Civil Action No. 2:26-cv-01586-ACA |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 5) PURSUANT TO RULES 12(B)(1), 12(B)(2), 12(B)(3), AND 12(B)(6)**

**NOW INTO COURT**, through undersigned counsel, come Defendants, **Wade Rousse**, in his official capacity as President of Louisiana State University (LSU); **Verge Ausberry**, in his official capacity as Vice President and Director of Athletics of LSU; **Lane Kiffin**, in his official capacity as Head Football Coach of LSU; **Lee Mallett**, in his official capacity as Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **John H. Carmouche**, in his official capacity as Vice Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **Roderick Alvendia**, **John Ballard**, **Ben Barousse**, **Rebecca F. Boniol**, **John R. Condos**, **Valencia S. Jones**, **Charles A. Moody, III**, **Esperanza E.**

**Moran**, **Raymond R. Morris**, **Jennifer B. Settoon**, **Remy V. Starns**, **Collis B. Temple, Jr.**, **James M. Williams**, and **Joseph B. Zuschlag**, in their official capacities as Members of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; and **Elizabeth B. Murrill**, in her official capacity as Attorney General of the State of Louisiana, (collectively, "**Defendants**"), who submit this Motion to Dismiss Plaintiff's Amended Complaint (ECF. No. 5) pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6).

For the reasons more fully set forth in the accompanying Memorandum in Support of this Motion, dismissal is required under Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) because there is no Article III Case or Controversy, general or specific personal jurisdiction over Defendants, or proper venue, and the Amended Complaint fails to state a claim upon which relief can be granted. Defendants thus seek the dismissal, with prejudice, of all claims asserted in the SEC's Amended Complaint (ECF No. 5).

**WHEREFORE**, for these reasons and as more fully set forth in the attached Memorandum in Support, Defendants respectfully request an Order of this Honorable Court dismissing all of the SEC's claims against Defendants in this lawsuit, with prejudice, and at the SEC's cost.

Dated: September 25, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ Zachary Faircloth
ZACHARY FAIRCLOTH (LA 39875)*
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov

Taylor, Porter, Brooks & Phillips L.L.P.
Robert W. Barton, LA Bar #22936*
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
Email: bob.barton@taylorporter.com

Bruce F. Rogers
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Drive
Suite 415
Birmingham, Alabama 35223
Telephone 205-879-1100
Facsimile 205-879-4300
Email: brogers@bainbridgemims.com

*Counsel for Defendants*

**Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 25th day of September, 2026.

*/s/ Zachary Faircloth*
Zachary Faircloth