FILED
2026 Oct-14 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| SOUTHEASTERN CONFERENCE,<br><br>PLAINTIFF,<br><br>v.<br><br>WADE ROUSSE, in his official capacity as President of Louisiana State University, et al.,<br><br>DEFENDANTS. | Civil Action No. 2:26-cv-01586-ACA |

# NOTICE OF APPEARANCE

Comes now Robert W. Barton and Zachary Faircloth and file herewith their notice of appearance as attorneys for **Wade Rousse**, in his official capacity as President of Louisiana State University (LSU); **Verge Ausberry**, in his official capacity as Vice President and Director of Athletics of LSU; **Lane Kiffin**, in his official capacity as Head Football Coach of LSU; **Lee Mallett**, in his official capacity as Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **John H. Carmouche**, in his official capacity as Vice Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **Roderick Alvendia**, **John Ballard**, **Ben Barousse**, **Rebecca F. Boniol**, **John R. Condos**, **Valencia S. Jones**, **Charles A. Moody, III**, **Esperanza E. Moran**, **Raymond R. Morris**,

**Jennifer B. Settoon**, **Remy V. Starns**, **Collis B. Temple, Jr.**, **James M. Williams**, and **Joseph B. Zuschlag**, in their official capacities as Members of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; and **Elizabeth B. Murrill**, in her official capacity as Attorney General of the State of Louisiana, (collectively, "**Defendants**"), in the above-styled action.

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

Zachary Faircloth (LA Bar # 39875)*
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: 225 421 4088
Facsimile: 225 326 6795
Email: fairclothz@ag.louisiana.gov

TAYLOR PORTER BROOKS & PHILLIPS LLP

*/S/ROBERT W. BARTON*
Robert W. Barton (LA Bar #22936)*
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: 225 387 3221
Facsimile: 225 346 8049
Email: bob.barton@taylorporter.com

Bruce F. Rogers
BAINBRIDGE MIMS ROGERS & SMITH LLP
600 Luckie Drive, Suite 415
Birmingham, AL 35223
Telephone: 205 879 1100
Facsimile: 205 879 4300
Email: brogers@bainbridgemims.com

*Counsel for Defendants*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of October, 2026.

*/s/ Robert W. Barton*
Robert W. Barton