FILED
2026 Oct-22 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**From:** Warburton, Tom
**Sent:** Thursday, October 22, 2026 8:22 AM
**To:** 'Bruce F. Rogers' <brogers@bainbridgemims.com>
**Cc:** Robert W. Barton <bob.barton@taylorporter.com>; aguinagab@ag.louisiana.gov; Fuller, Robert <rfuller@rbh.com>
**Subject:** RE: Page 7 Document 32

Bruce,

It does not satisfy our concern.

Your Reply in Support of Defendants' Motion to Dismiss (Doc. 32) includes the assertion that "key SEC citations (Opp. 14 & n.2) appear to be negligently supplied or hallucinated." Doc 32 at 7. This statement constitutes an allegation that counsel for the SEC has violated Rule 11 without any basis.

Defendants' use of the term "hallucination" in reference to genuine caselaw must be remedied. At a time when courts have to address real and valid concerns regarding misuse of artificial intelligence, accusations that implicate those concerns should not be made without foundation. Defendants' assertions here are without merit and have no place in public court records. In light of your email below, we will seek relief from the Court.

RTW

**Tom Warburton**
Partner | Bradley
twarburton@bradley.com
d: 205.521.8987

**From:** Bruce F. Rogers <brogers@bainbridgemims.com>
**Sent:** Wednesday, October 21, 2026 5:04 PM
**To:** Warburton, Tom <twarburton@bradley.com>
**Cc:** Robert W. Barton <bob.barton@taylorporter.com>; aguinagab@ag.louisiana.gov
**Subject:** Page 7 Document 32

Tom:

Thank you for your call earlier today--

Thereafter I spoke directly with LSU's counsel Bob Barton and the Solicitor General for Louisiana Ben Aguinaga (both copied).

We view the parties' briefing as legitimate advocacy, but respectfully agree to disagree with the SEC about the meaning of those personal jurisdiction cases mentioned on page 7 (fn 7) of Document 32.

Collectively we reassure and commit to you (and the other SEC lawyers) that there is no intent to accuse any of the lawyers of any bad faith or Rule 11 violation with regard to the Page 7 sentence about "SEC citations" being negligently supplied or hallucinated.

Hope this satisfies your concern.

Best,
Bruce

BAINBRIDGE MIMS ROGERS & SMITH LLP

**Bruce Rogers**
Bainbridge, Mims, Rogers & Smith, LLP
The SouthState Bank Building
600 Luckie Drive, Suite 415 (35223)
P.O. Box 530886
Birmingham, Alabama 35253
Main: (205) 879-1100
Direct:
(205) 868-4107
Fax: (205) 879-4300

brogers@bainbridgemims.com