FILED
2026 Nov-18 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

SOUTHEASTERN CONFERENCE,

PLAINTIFF,

v.

WADE ROUSSE, in his official capacity as President of Louisiana State University, et al.,

DEFENDANTS.

Civil Action No. 2:26-cv-01586-ACA

## NOTICE OF LETTER TO CHAMBERS

COME NOW Defendants and hereby respectfully give notice of a letter from Louisiana Attorney General Liz Murrill to the Honorable Judge Annemarie Carney Axon, dated November 18, 2026. The letter is attached as **Exhibit A**.

Dated: November 18, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Bruce F. Rogers*
Bruce F. Rogers
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Drive
Suite 415
Birmingham, Alabama 35223
Telephone 205-879-1100
Facsimile 205-879-4300
Email: brogers@bainbridgemims.com

Taylor, Porter, Brooks & Phillips L.L.P.
Robert W. Barton, LA Bar #22936*
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
Email: bob.barton@taylorporter.com

Zachary Faircloth (La 39875)*
Principal Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov

*Counsel for Defendants*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Done this 18th day of November, 2026.

*/s/ Bruce F. Rogers*
Bruce F. Rogers