FILED
2026 Nov-18 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SOUTHEASTERN CONFERENCE,<br><br>PLAINTIFF,<br><br>v.<br><br>WADE ROUSSE, in his official capacity as President of Louisiana State University, et al.,<br><br>DEFENDANTS. | Civil Action No. 2:26-cv-01586-ACA |

# DEFENDANTS' MOTION TO ALLOW A SUBSTITUTE PAGE 7 OF ECF DOC. 32

COME NOW Defendants and hereby respectfully move to substitute a corrected page 7 of their Reply in Support of Their Motion to Dismiss (Doc. 32). In support, Defendants state as follows:

1. On October 20, 2026, Defendants filed their Reply in Support of Their Motion to Dismiss. Doc. 32.

2. On October 22, 2026, Plaintiff moved to strike the second sentence of Part II of the Defendants' Reply, including footnote 7, or in the alternative for leave to file a sur-reply. Doc. 33.

3. The Court conducted a hearing on Plaintiff's motion on November 18, 2026, and the Defendants volunteered to file a substitute page 7 of the Reply.

4. Defendants attach the proposed corrected page 7 as Exhibit A.

WHEREFORE, Defendants respectfully request that the Court grant this motion and direct the Clerk to allow an unredacted and modified Exhibit A as a substitute for page 7 of Doc. 32.

Dated: November 18, 2026

Respectfully submitted,

*/s/ Bruce F. Rogers*

Bruce F. Rogers
BAINBRIDGE MIMS ROGERS & SMITH, LLP
600 Luckie Drive
Suite 415
Birmingham, Alabama 35223
Telephone 205-879-1100
Facsimile 205-879-4300
Email: brogers@bainbridgemims.com

Taylor, Porter, Brooks & Phillips L.L.P.
Robert W. Barton, LA Bar #22936*
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
Email: bob.barton@taylorporter.com

Zachary Faircloth (La 39875)*
Principal Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov

*Counsel for Defendants*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Done this 18th day of November, 2026.

*/s/ Bruce F. Rogers*
Bruce F. Rogers