FILED
2026 Nov-23 PM 05:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

**SOUTHEASTERN CONFERENCE**, an Alabama unincorporated association,

Plaintiff,

v.

**WADE ROUSSE**, in his official capacity as President of Louisiana State University; **VERGE AUSBERRY**, in his official capacity as Vice President and Director of Athletics of Louisiana State University; **LANE KIFFIN**, in his official capacity as Head Football Coach of Louisiana State University; **LEE MALLETT**, in his official capacity as Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **JOHN H. CARMOUCHE**, in his official capacity as Vice Chair and Member of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **RODERICK ALVENDIA, JOHN BALLARD, BEN BAROUSSE, REBECCA F. BONIOL, JOHN R. CONDOS, VALENCIA SARPY JONES, CHARLES A. MOODY III, ESPERANZA E. MORAN, RAYMOND R. MORRIS, JENNIFER B. SETTOON, REMY VOISIN STARNS, COLLIS B. TEMPLE JR., JAMES M. WILLIAMS**, and **JOSEPH BLAISE ZUSCHLAG**, in their official

**Case No.: 2:26-cv-01586-ACA**

**OPPOSED**

capacities as Members of the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; **ELIZABETH B. MURRILL**, in her official capacity as Attorney General of the State of Louisiana; and **WILL WADE**, in his official capacity as Head Men's Basketball Coach of Louisiana State University, )

Defendants.

**PLAINTIFF SOUTHEASTERN CONFERENCE'S RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff Southeastern Conference (the "SEC" or the "Conference") moves the Court for a temporary restraining order ("TRO") and preliminary injunction prohibiting Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendants or their officers, agents, servants, employees, and attorneys from taking any action, including filing, prosecuting, or participating in lawsuits or otherwise seeking judicial intervention, to deter, coerce, prevent, or punish the Conference for exercising its First Amendment right of free association, including through potential termination of Louisiana State University ("LSU") as an SEC member institution pursuant to Section 3.1.5 of the SEC Constitution and Bylaws at a properly scheduled and noticed December 3, 2026,

Special Meeting of the Conference, and from blocking, delaying, enjoining, reversing, or otherwise undermining any decision by the Conference's CEOs to terminate LSU's membership in the Conference, except for any challenge or counterclaim brought solely in this action.

Forced association with a member whose conduct is antithetical to the SEC's mission and core values violates the Conference's fundamental First Amendment rights. LSU has rejected those core values repeatedly and publicly. An injunction is necessary to prevent the irreparable harm that the SEC will suffer if it cannot remove a member to avoid association of the Conference's name, brand, championships, and media properties with conduct and views that the Conference and its member institutions have condemned for decades. Defendants should accordingly be enjoined from taking any action that would prevent the SEC from disassociating itself from a member based on such conduct. This Motion is based on the Supplemental Amended Complaint in this matter, the First Declaration of Greg Sankey (ECF No. 6-1), the Second Declaration of Greg Sankey ("Second Sankey Declaration") attached as **Exhibit A**, the additional exhibits attached hereto, and the Memorandum in Support filed herewith.

Respectfully submitted this 23rd day of November, 2026.

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: */s/ Robert W. Fuller*
Robert W. Fuller*
N.C. Bar No. 10887
Amanda P. Nitto*
N.C. Bar No. 45158
Travis S. Hinman*
N.C. Bar No. 50779
600 S. Tryon Street, Ste. 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@rbh.com
anitto@rbh.com
thinman@rbh.com

Erik R. Zimmerman*
N.C. Bar No. 50247
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27516
Telephone: (919) 328-8800
Facsimile: (919) 328-8791
ezimmerman@rbh.com

* *Admitted pro hac vice*

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ R. Thomas Warburton*
R. Thomas Warburton
T. Brooks Proctor
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
twarburton@bradley.com
bproctor@bradley.com

*Attorneys for Plaintiff Southeastern Conference*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and will serve the filing via FedEx and private process server on the following Defendant:

**Will Wade**, in his official capacity as Head Men's Basketball Coach of Louisiana State University

*/s/ R. Thomas Warburton*
OF COUNSEL