FILED
2026 Nov-25 PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **THE SOUTHEASTERN CONFERENCE,** an Alabama unincorporated association | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** | ) | |
| v. | ) | **CIVIL ACTION CASE NO: 2:26-cv-01586-ACA** |
| **WADE ROUSSE, ET. ALS** | ) | |
| **WILL WADE,** in his official capacity as Head Men's Basketball Coach of Louisiana State University | ) | |
| **Defendants.** | ) | |

## Summons in a Civil Action

To: **WILL WADE, in his official capacity as Head Men's Basketball Coach of Louisiana State University**
**LSU Athletics Administration Building**
**Nicholson Drive at N. Stadium Drive**
**Baton Rouge, LA 70803**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Thomas Warburton
Bradley Arant Boult Cummings LLP
1819 Fifth Ave North
Birmingham, AL 35203
(205) 521-8000
twarburton@bradley.com

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE:________________

GREER M. LYNCH, CLERK OF COURT

By:________________________________
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the ________ day of __________________, ___________, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at ______________________________________________

______________________________________________

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

______________________________________________

______________________________________________

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

______________________________________________

______________________________________________

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| | |
|---|---|
| ____________________ | ______________________________ |
| *Date* | *Authorized or Specially Appointed Process Server* |

Costs of Service: Service fee: $

Expenses: ______ miles @ __________cents $______________

TOTAL $